UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Starbucks Corporation,** a Washington Corporation; and Does 1-10, <br><br> Defendants. | CASE NO. 2:16-cv-02489-MCE-EFB <br><br> **ORDER GRANTING JOINT MOTION TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER FOR COURT TRIAL** |

Pursuant to joint motion of the parties, and finding good cause therefore, this Court hereby orders that the scheduling order shall be modified as follows:

- **The discovery Cut-off mentioned in the Initial Pretrial Scheduling Order is continued to May 31, 2018.**

**IT IS SO ORDERED.**

**Dated: March 21, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -
(Proposed) ORDER