UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 2:16-CV-02489-MCE-EFB |
| Plaintiff, | **ORDER** |
| v. | |
| STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10. | |
| Defendants. | |

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that the parties may conduct the depositions of Plaintiff, Defendant, and their respective experts after the discovery cut-off.

IT IS SO ORDERED.

Dated:  June 14, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE