UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:16-cv-02489-MCE-EFB |
| Plaintiff, | |
| v. | **NON-RELATED CASE ORDER** |
| STARBUCKS CORPORATION, | 2:16-cv-02792-TLN-KJN |
| Defendant. | 2:17-cv-01718-KJM-KJN |
| | 2:16-cv-02797-WBS-AC |
| | 2:16-cv-02820-MCE-GGH |
| | 2:17-cv-01125-TLN-EFB |
| | 2:17-cv-01718-KJM-KJN |
| | 2:17-cv-02082-TLN-EFB |
| | 2:17-cv-02521-MCE-CKD |
| | 2:18-cv-00395-JAM-EFB |
| | 2:18-cv-00599-JAM-KJN |
| | 2:18-cv-01885-MCE-AC |
| | 2:18-cv-01886-WBS-EFB |
| | 2:18-cv-02436-KJM-CKD |

The Court has received the Notices of Related Cases filed on September 19, 2018, and September 24, 2018. See Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATED: October 15, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE