UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson,**

    Plaintiff,

  v.

**Starbucks Corporation**, a Washington Corporation; and Does 1-10,

    Defendants.

Case No. 2:16-cv-02489-MCE-EFB

**ORDER**

Plaintiff's Motion to Stay (ECF No. 44) in this matter, to which Defendant Starbucks has filed a Statement of Non-Opposition (ECF No. 53), is GRANTED. Not later than sixty (60) days following the date this Order is electronically filed, and every sixty (60) thereafter until the appeals filed in Johnson v. Blackhawk Centercal, Case No. 3:17-cv-02454-WHA and Kong v. Mana Investments Company, LLC, Case No. 8:18-cv-01615-DOC-DFM have been resolved, the

////

parties shall submit a Joint Status Report concerning the status of those appellate cases.

**IT IS SO ORDERED.**

DATED: June 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE