# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:16-cv-02489-MCE-JDP<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties' joint stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, this action is hereby dismissed, with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

    IT IS SO ORDERED.

Dated: June 21, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE